UNITED STATES of America,
Plaintiff–Appellee,

v.

Olabode Timothy ARANSIOLA, also known as BJ, also known as Bolaji; Taiye Kassim, also known as Sodik Adegun, also known as Sediq, Defendants–Appellants.

No. 05–20125.

United States Court of Appeals,
Fifth Circuit.

Decided April 11, 2006.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Frank Svetlik, Law Office of Frank Svetlik, Houston, TX, for Defendants–Appellants.

Before SMITH, BARKSDALE, and DENNIS, Circuit Judges.

PER CURIAM: *

Having carefully considered each of the defendants' assignments of error in light of the record, the written and oral arguments of the parties, and the law applicable to the case, and finding each of the assignments to be without reversible merit, we therefore AFFIRM the convictions and sentences of the defendants.

AFFIRMED.

---

* Pursuant to 5th Cir. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.